# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152994(64)(65)

EMPLOYERS MUTUAL CASUALTY
COMPANY,

       Plaintiff-Counter Defendant-
       Appellee,

v

HELICON ASSOCIATES, INC. and ESTATE OF
MICHAEL J. WITUCKI,

       Defendant-Counter Plaintiffs,

and

DR. CHARLES DREW ACADEMY and JEREMY
GILLIAM,

       Defendants,

and

WELLS FARGO ADVANTAGE NATIONAL TAX
FREE FUND, WELLS FARGO ADVANTAGE
MUNICIPAL BOND FUND, LORD ABBETT
MUNICIPAL INCOME FUND, INC. and PIONEER
MUNICIPAL HIGH INCOME ADVANTAGE,

       Defendants-Appellants.

SC: 152994
COA: 322215
Wayne CC: 12-002767-CK

_____/

      On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Scott W. Wilkinson and George R. Lyons to appear and practice under MCR 8.126(A) on behalf of defendants-appellants is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

